IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LUKE ROSS,<br><br>　　　　　　Defendant. | 8:13-CR-254<br><br>RESTRICTED ORDER |

　　　This matter is before the Court on the Request for CD/Transcript by a Non-Party (filing 110) filed by defense counsel in a related case (8:13-cr-244). Counsel is requesting transcripts of: (1) pre-trial proceedings held on February 12, 2014; and (2) the sentencing held on April 11, 2014. Counsel requests that the transcripts be delivered within 7 calendar days. The requestor has stated that he will submit a CJA voucher in case number 8:13-cr-244 for payment. The request for transcript will be granted.

　　　IT IS ORDERED:

　　　1.　　The Request for Transcript (filing 110) is granted.

　　　2.　　The Clerk's Office is directed to mail a copy of this order to the party requesting the transcript.

　　　3.　　The requestor will submit a CJA voucher in case number 8:13-cr-244 for payment.

Dated this 13th day of June, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_John M. Gerrard_ (signature)
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge