IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>LUKE ROSS,<br><br>                  Defendant. | 8:13-CR-254<br><br>**FINAL ORDER OF FORFEITURE** |

     This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 118. On March 13, 2014, the Court entered a preliminary order of forfeiture (filing 96) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. §§ 841 and 846, and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the preliminary order of forfeiture, the defendant forfeited to the United States his interest in $8,326.00 in United States currency and one bronze 2006 Jeep Commander, VIN# 1J8HG58286C302444.

     As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 15, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 117) was filed on July 17, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

     IT IS ORDERED:

     1.    The plaintiff's Motion for Final Order of Forfeiture (filing 118) is granted.

     2.    All right, title, and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

          a.    $8,326.00 in United States currency; and

          b.    One bronze 2006 Jeep Commander, VIN# 1J8HG58286C302444.

3. The above properties are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

DATED this 23rd day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge

- 2 -